# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

NEELAM DILWORTH,  :  No. 40 MM 2019
:
Petitioner  :
:
:
:
:
v.  :
:
:
:
CHESTER COUNTY COURT OF  :
COMMON PLEAS, FAMILY COURT,  :
DOMESTIC RELATIONS, LYNN SNYDER,  :
ESQ., ROBERT DILWORTH,  :
:
Respondents  :

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of July, 2019, the Application for Leave to File Original Process is GRANTED, and the "Petition for Extraordinary Relief of Writ of Mandamus and Petition for Review in the Nature of Complaint" is DENIED.